FILED

2014 Apr-14  PM 05:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CASEY LEE SIMS,** | |
| **Plaintiff,** | |
| **vs.** | **Case No.: 2:14-cv-00398-RDP** |
| **INTEGRITY SOLUTION SERVICES INC.; and UNITED STUDENT AID FUNDS INC. d/b/a USA FUNDS,** | |
| **Defendants.** | |

## DEFENDANT UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS' ANSWER TO COMPLAINT

Defendant United Student Aid Funds, Inc. d/b/a USA Funds ("USA Funds"), for itself and no other party, hereby answers Plaintiff Casey Lee Sims' Complaint, responding to the correspondingly numbered paragraphs thereof, as follows:

### Parties

1.      Answering Paragraph 1 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis, denies them.

2.      Answering Paragraph 2 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis, denies them.

3.      Answering Paragraph 3 of the Complaint, USA Funds admits that it is a Delaware Corporation.  USA Funds denies that its principal place of business is in Dover, Delaware.  USA Funds further admits that it does business in Alabama. USA Funds denies the remainder of the allegations in Paragraph 3 of the Complaint.

4.      Paragraph 4 of the Complaint contains legal conclusions to which no response is required.  Otherwise, denied.

## Factual Allegations

5.      Answering Paragraph 5 of the Complaint, USA Funds denies the agency allegations set forth therein.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 5, and on that basis, denies them.

6.      Answering Paragraph 6 of the Complaint, USA Funds denies the agency allegations set forth therein.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 6, and on that basis, denies them.

7.      Answering Paragraph 7 of the Complaint, USA Funds denies the agency allegations set forth therein.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 7, and on that basis, denies them.

8.      Answering Paragraph 8 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 8, and on that basis, denies them.

9.      Answering Paragraph 9 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 9, and on that basis, denies them.

10.     Answering Paragraph 10 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 10, and on that basis, denies them.

11.     Answering Paragraph 11 of the Complaint, USA Funds denies the allegations as to agency or the nature of its relationship with Defendant Integrity. USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 11, and on that basis, denies them.

12.     Answering Paragraph 12 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 12, and on that basis, denies them.

13.     Answering Paragraph 13 of the Complaint, USA Funds denies the agency allegations set forth therein.  USA Funds further denies that it ever called Plaintiff's cellular telephone using an autodialer.  USA Funds is without sufficient

knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 13, and on that basis, denies them.

14.     USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 14, and on that basis, denies them.

15.     Answering Paragraph 15 of the Complaint, USA Funds denies the agency allegations set forth therein.  USA Funds further denies that it ever used a predictive dialer to call Plaintiff's wireless numbers.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 15 of the Complaint, and on that basis denies them.

16.     USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 16 of the Complaint, and on that basis, denies them.

17.     Answering Paragraph 17 of the Complaint, USA Funds denies the agency allegations set forth therein.  USA Funds further denies that it made pre-recorded calls to Plaintiff's cell phone.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 17 of the Complaint, and on that basis, denies them.

18.   USA Funds denies each of the allegations set forth in Paragraph 18 of the Complaint.

19.   USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 19 of the Complaint, and on that basis, denies them.

20.   USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 20 of the Complaint, and on that basis, denies them.

21.   Answering Paragraph 21 of the Complaint, USA Funds denies that it placed calls to Plaintiff's cellular telephone using an automatic telephone dialing system, and further denies that any such calls occurred within four years of the filing of the Complaint.   USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 21, and on that basis, denies them.

22.   Answering Paragraph 21 of the Complaint, USA Funds denies that it placed calls to Plaintiff's cellular telephone using an automatic telephone dialing system and also denies using an "artificial or prerecorded voice" to make such calls.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 22, and on that basis, denies them.

- 5 -

23. Answering Paragraph 23 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 23, and on that basis, denies them.

24. USA Funds denies each of the allegations set forth in Paragraph 24 of the Complaint.

25. Answering Paragraph 25 of the Complaint, USA Funds denies that it placed calls to Plaintiff's cellular telephone using an automatic telephone dialing system and also denies using an "artificial or prerecorded voice" to make such calls. USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 25, and on that basis, denies them.

26. Answering Paragraph 26 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 26, and on that basis, denies them.

27. Answering Paragraph 27 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 27, and on that basis, denies them.

28. Answering Paragraph 28 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 28, and on that basis, denies them.

20667645 v1

29.     Answering Paragraph 29 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 29, and on that basis, denies them.

30.     Answering Paragraph 30 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 30, and on that basis, denies them.

31.     USA Funds denies the allegations set forth in Paragraph 31 of the Complaint.  USA Funds further denies that it placed any calls to Plaintiff's cellular telephone to collect a debt.

32.     USA Funds denies the allegations set forth in Paragraph 32 of the Complaint.  USA Funds further denies that it placed any calls to Plaintiff's cellular telephone to collect a debt.

33.     USA Funds denies the allegations set forth in Paragraph 33 of the Complaint.  USA Funds further denies that it placed any calls to Plaintiff's cellular telephone to collect a debt.

34.     USA Funds denies the allegations set forth in Paragraph 34 of the Complaint.  USA Funds further denies that it placed any calls to Plaintiff's cellular telephone to collect a debt.

35.     USA Funds denies the allegations set forth in Paragraph 35 of the Complaint.

36.     USA Funds denies the allegations set forth in Paragraph 36 of the Complaint.  USA Funds further denies that it placed any calls to Plaintiff's cellular telephone to collect a debt.

37.     Paragraph 37 of the Complaint contains legal conclusions to which no response is required.

38.     Answering Paragraph 38 of the Complaint, USA Funds denies that it is a "debt collector" as defined by the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(3).  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 38, and on that basis, denies them.

39.     Answering Paragraph 39 of the Complaint, USA Funds denies that it is a debt collector regulated by the FDCPA and further denies that it ever placed a call to Plaintiff for the purpose of collecting a debt.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 39, and on that basis, denies them.

40.     Answering Paragraph 40 of the Complaint, USA Funds denies that it is a debt collector regulated by the FDCPA, and further denies that it ever placed a call to Plaintiff for the purpose of collecting a debt.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 40, and on that basis, denies them.

20667645 v1

41.     Answering Paragraph 41 of the Complaint, USA Funds denies each of the allegations set forth against USA Funds, and further denies that it is a debt collector.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 41, and on that basis, denies them.

42.     Answering Paragraph 42 of the Complaint, USA Funds denies each of the allegations set forth against USA Funds, and further denies that it is a debt collector.  USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 42, and on that basis, denies them.

43.     USA Funds denies each of the allegations set forth in Paragraph 43 of the Complaint.

44.     USA Funds denies each of the allegations set forth in Paragraph 44 of the Complaint.

45.     USA Funds denies each of the allegations set forth in Paragraph 45 of the Complaint.

46.     USA Funds denies each of the allegations set forth in Paragraph 46 of the Complaint.

47.     USA Funds denies each of the allegations set forth in Paragraph 47 of the Complaint.

20667645 v1

48.     USA Funds denies each of the allegations set forth in Paragraph 48 of the Complaint.

## Count I
## Violations Of The Telephone Consumer Protection Act ("TCPA")
## 47 U.S.C. § 227 *et seq.*

49.     Answering Paragraph 49 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

50.     USA Funds denies each of the allegations set forth in Paragraph 50 of the Complaint.

51.     USA Funds denies each of the allegations set forth in Paragraph 51 of the Complaint.

52.     Answering Paragraph 52 of the Complaint, USA Funds denies that it violated the TCPA.

53.     USA Funds denies each of the allegations set forth in Paragraph 53 of the Complaint.

54.     USA Funds denies each of the allegations set forth in Paragraph 54 of the Complaint.

55.     USA Funds denies each of the allegations set forth in Paragraph 55 of the Complaint.  USA Funds further denies that Plaintiff is entitled to judgment and

denies that Plaintiff is entitled to any damages, equitable relief, or any other form of relief whatsoever.

## Count II
## Negligent, Reckless, Wanton, Malicious and/or intentional Conduct

56.     Answering Paragraph 56 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

57.     Answering Paragraph 57 of the Complaint, USA Funds denies that it placed any debt collection calls to Plaintiff, or that it violated any state or federal law.  The remainder of the allegations of Paragraph 57 contains legal conclusions to which no response is required.  Otherwise, denied.

58.     Answering Paragraph 58 of the Complaint, USA Funds denies that Plaintiff did not owe any debt.  The remainder of the allegations of Paragraph 58 contains legal conclusions to which no response is required.  Otherwise, denied.

59.     Answering Paragraph 59 of the Complaint, USA Funds denies that it violated Alabama law or acted unreasonably under the circumstances.   The remainder of the allegations of Paragraph 59 contains legal conclusions to which no response is required.  Otherwise, denied.

60.     USA Funds denies each of the allegations set forth in Paragraph 60 of the Complaint.

61.    USA Funds denies each of the allegations set forth in Paragraph 61 of the Complaint.

62.    USA Funds denies each of the allegations set forth in Paragraph 62 of the Complaint. USA Funds further denies that Plaintiff is entitled to judgment and denies that Plaintiff is entitled to any damages, equitable relief, or any other form of relief whatsoever.

**Count III**
**Negligent Hiring, Training, And/Or Supervision**
**Of Employees And/Or Agents**

63.    Answering Paragraph 63 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

64.    USA Funds denies each of the allegations set forth in Paragraph 62 of the Complaint.

65.    USA Funds denies each of the allegations set forth in Paragraph 63 of the Complaint.

66.    USA Funds denies each of the allegations set forth in Paragraph 66 of the Complaint.

67.    USA Funds denies each of the allegations set forth in Paragraph 67 of the Complaint. USA Funds further denies that Plaintiff is entitled to judgment and

- 12 -

denies that Plaintiff is entitled to any damages, equitable relief, or any other form of relief whatsoever.

## Count IV
## Invasion of Privacy By Intrusion Upon Seclusion

68.     Answering Paragraph 68 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

69.     Answering Paragraph 69 of the Complaint, USA Funds denies that it violated any state or federal law, denies that it placed any debt calls to Plaintiff's cellular telephone, and denies that it ever attempted to harass, annoy, or oppress Plaintiff.   The remainder of the allegations in Paragraph 69 contains legal conclusions to which no response is required.

70.     USA Funds denies each of the allegations set forth in Paragraph 70 of the Complaint.

71.     USA Funds denies each of the allegations set forth in Paragraph 71 of the Complaint.

72.     Paragraph 72 contains legal conclusions to which no response is required.

73.     USA Funds denies each of the allegations set forth in Paragraph 73 of the Complaint.

20667645 v1

74.     USA Funds denies each of the allegations set forth in Paragraph 74 of the Complaint.

75.     USA Funds denies each of the allegations set forth in Paragraph 75 of the Complaint.  USA Funds further denies that Plaintiff is entitled to judgment and denies that Plaintiff is entitled to any damages, equitable relief, or any other form of relief whatsoever.

**Count V**
**Violations Of The Fair Debt Collection Practices Act**
**15 U.S.C. §1692 *et seq.***

76.     Answering Paragraph 76 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

77.     USA Funds denies each of the allegations set forth in Paragraph 77 of the Complaint.  USA Funds further denies that it is a **"debt collector"** regulated by the FDCPA.

78.     USA Funds denies each of the allegations set forth in Paragraph 78 of the Complaint.  USA Funds further denies that it is a **"debt collector"** regulated by the FDCPA.

79.     Paragraph 79 of the Complaint contains legal conclusions to which no response is required.  Otherwise, denied.

- 14 -

80.    USA Funds denies each of the allegations set forth in Paragraph 80 of the Complaint.  USA Funds further denies that it is a "debt collector" regulated by the FDCPA.

81.    Answering Paragraph 81 of the Complaint, USA Funds denies any agency allegations.  USA Funds is without sufficient knowledge or information to form a belief as to the remaining allegations of Paragraph 81, and on that basis, denies them.

82.    USA Funds denies each of the allegations set forth against USA Funds in Paragraph 82 of the Complaint.

83.    USA Funds denies each of the allegations set forth against USA Funds in Paragraph 83 of the Complaint.

84.    USA Funds denies each of the allegations set forth against USA Funds in Paragraph 84 of the Complaint.

85.    USA Funds denies each of the allegations set forth against USA Funds in Paragraph 85 of the Complaint.

86.    USA Funds denies each of the allegations set forth against USA Funds in Paragraph 86 of the Complaint.

87.    USA Funds denies each of the allegations set forth against USA Funds in Paragraph 87 of the Complaint.

88.    USA Funds denies each of the allegations set forth against USA Funds in Paragraph 88 of the Complaint.  USA Funds further denies that Plaintiff is entitled to judgment and denies that Plaintiff is entitled to any damages, equitable relief, or any other form of relief whatsoever.

## Count VI
### Class Claims Against Defendant Integrity For Violations Of The Telephone Consumer Protection Act

89.    Answering Paragraph 89 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

90.    Answering Paragraph 90 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

91.    Answering Paragraph 91 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 91, and on that basis, denies them.

92.    USA Funds denies each of the allegations set forth in Paragraph 92 of the Complaint.

93.    Answering Paragraph 93 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

94.    Answering Paragraph 94 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

95.    Answering Paragraph 95 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

96.    Answering Paragraph 96 and its subparts, USA Funds denies these allegations, denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

97.    Answering Paragraph 97 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

98.    Answering Paragraph 98 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

99.    Answering Paragraph 99 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

100.   Answering Paragraph 100 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

101.   Answering Paragraph 101 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.

**Legal Claims**
**First Class Claim – Calls to Cellular Telephones**
**Without Obtaining Prior Express Consent**

102.   Answering Paragraph 102 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

103.   Paragraph 103 of the Complaint contains legal conclusions to which no response is required.

104.   Answering Paragraph 104 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis, denies them.

105.   Answering Paragraph 105 of the Complaint, USA Funds denies any allegations set forth against USA Funds.   USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 105, and on that basis, denies them.

- 18 -

106.   Answering Paragraph 106 of the Complaint, USA Funds denies any allegations set forth against USA Funds.   USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 106, and on that basis, denies them.

107.   USA Funds denies each of the allegations set forth in Paragraph 107 of the Complaint.

108.   Answering Paragraph 108 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.   USA Funds further denies that Plaintiff, or any member of the proposed class, is entitled to any damages, equitable relief, or any other form of relief whatsoever.

## Second Class Claim – Calls to Cellular Telephones
## Utilizing an Artificial or Prerecorded Voice

109.   Answering Paragraph 109 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

110.   Paragraph 110 of the Complaint contains legal conclusions to which no response is required.   Otherwise, denied.

111.   Answering Paragraph 111 of the Complaint, USA Funds is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis, denies them.

112.   Answering Paragraph 112 of the Complaint, USA Funds denies any allegations set forth against USA Funds.   USA Funds is without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations of Paragraph 105, and on that basis, denies them.

113.   USA Funds denies each of the allegations set forth in Paragraph 113 of the Complaint.

114.   Answering Paragraph 114 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.  USA Funds further denies that Plaintiff, or any member of the proposed class, is entitled to any damages, equitable relief, or any other form of relief whatsoever.

<u>**Third Class Claim – Injunctive Relief**</u>

115.   Answering Paragraph 115 of the Complaint, USA Funds incorporates by reference its responses to all paragraphs of the Complaint as though fully set forth herein.

116.   USA Funds denies each of the allegations set forth in Paragraph 116 of the Complaint.   USA Funds further denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.  USA Funds also denies that Plaintiff, or any member of the proposed class, is entitled to any damages, equitable relief, or any other form of relief whatsoever.

- 20 -

117.   Paragraph 117 of the Complaint contains legal conclusions to which no response is required.  Otherwise, denied.

118.   Answering Paragraph 118 of the Complaint, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.  USA Funds further denies that Plaintiff, or any member of the proposed class, is entitled to any damages, equitable relief, or any other form of relief whatsoever.

## RELIEF SOUGHT

119.   Answering Paragraph 119 of the Complaint and its subparts, USA Funds denies that Plaintiff is a proper class representative and denies that this action is appropriate for class treatment.  USA Funds further denies that Plaintiff, or any member of the proposed class, is entitled to any damages, equitable relief, or any other form of relief whatsoever.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

To the extent Plaintiff and others alleged to be members of the purported class entered into an arbitration agreement that would cover the claims at issue in this lawsuit, their claims are barred.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff and others alleged to be members of the purported class lack

standing to bring or maintain the claims asserted in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims and the claims of others alleged to be members of the purported class are barred in whole or in part by the applicable statute of limitations, including but not limited to 28 U.S.C. Section 1658.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims and the claims of others alleged to be members of the purported class are barred in whole or in part by laches.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff and others alleged to be members of the purported class are barred from obtaining the relief sought in the Complaint by the doctrines of estoppel, waiver, unclean hands, and/or other equitable doctrines.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims and the claims of others alleged to be members of the purported class are barred in whole or in part because they have failed to mitigate their alleged damages, if any.

## EIGHTH AFFIRMATIVE DEFENSE

USA Funds expressly reserves any defenses that may be available to it under

any applicable laws of other jurisdictions, in accordance with applicable choice of law rules.

## NINTH AFFIRMATIVE DEFENSE

The imposition of statutory damages under the TCPA against USA Funds would violate the due process provisions of the United States Constitution and/or the applicable state Constitution.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims and the claims of others alleged to be members of the purported class are barred by the defense of setoff.

## ELEVENTH AFFIRMATIVE DEFENSE

USA Funds pleads the affirmative defense of contributory negligence.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims may fall within the primary jurisdiction of the Federal Communications Commission.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims and the claims of others alleged to be members of the purported class are barred in whole or in part because Plaintiff and others alleged to be members of the purported class consented to, ratified, or acquiesced in all of the alleged acts or omissions of which they complain.

- 23 -

## FOURTEENTH AFFIRMATIVE DEFENSE

USA Funds' conduct was privileged and/or justified.

## FIFTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff seeks to bring this Complaint on behalf of a class, this action cannot be maintained as a class action because, *inter alia*, Plaintiff does not and cannot satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure.

## SIXTEENTH AFFIRMATIVE DEFENSE

The Complaint fails to allege facts sufficient for injunctive or equitable relief against USA Funds.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff and others alleged to be members of the purported class have released and waived any and all claims, rights and demands made by them in the Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff and others alleged to be members of the purported class gave prior express consent for the telephone calls at issue in this action.   47 U.S.C. § 227(b)(1)(A).

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff and others alleged to be members of the purported class had an

existing business relationship with USA Funds.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claims and the claims of others alleged to be members of the purported class may be barred because any alleged acts or omissions of USA Funds giving rise to Plaintiff's claims, if any, were the result of an innocent mistake and/or bona fide error notwithstanding reasonable procedures implemented by USA Funds to avoid any such acts or omissions. USA Funds at all times acted in a reasonable manner in connection with the transactions at issue in this action.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims and the claims of others alleged to be members of the purported class may be barred because the acts or omissions of which Plaintiff complains have been approved and/or mandated, implicitly or expressly, by applicable statutes and regulations.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims and the claims of others alleged to be members of the purported class may be barred because USA Funds at all times complied in good faith with all applicable statutes and regulations.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

USA Funds specifically denies that it acted with any willfulness, oppression,

- 25 -

fraud or malice towards Plaintiff or others.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

Any harm alleged in the Complaint can be attributed to several causes, and the damages for this harm, if any, should be apportioned among the various causes according to the contribution of each cause to the harm sustained.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

If Plaintiff or others alleged to be members of the purported class suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of others, and not by USA Funds.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

If Plaintiff or others alleged to be members of the purported class suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the intervening acts of others, and not by USA Funds.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

USA Funds reserves its right to challenge venue of this action in the Northern District of Alabama based on the convenience of parties and witnesses, and in the interest of justice.  28 U.S.C. Section 1404(a).

20667645 v1

## <u>TWENTY-EIGHTH AFFIRMATIVE DEFENSE</u>

USA Funds specifically gives notice that it intends to rely upon such other defenses as may become available by law, or pursuant to statute, or during any further discovery proceedings of this case, and hereby reserves the right to amend its Answer and assert such defenses.

WHEREFORE, USA Funds prays for judgment as follows:

1.      That Plaintiff takes nothing by reason of the Complaint;

2.      For its costs of suit herein;

3.      For attorney's fees according to proof; and

4.      For such other and further relief as this Court may deem just and proper.

Respectfully submitted this 14th day of April, 2014.

*s/ R. Frank Springfield*
R. Frank Springfield (SPR024)
Zachary D. Miller (MIL135)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
Facsimile:   (204) 458-5100
fspringf@burr.com
zmiller@burr.com

Attorneys for Defendant
UNITED STUDENT AID FUNDS, INC. D/B/A
USA FUNDS

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 14th day of April, 2014:

Wesley L. Phillips
Phillips Law Group, LLC
P. O. Box 362001
Birmingham, AL  35236


*s/ R. Frank Springfield*
OF COUNSEL

- 28 -